

# *MEMORANDUM*

TO: Clerk U. S. District Court
311 United States Courthouse
700 Grant Street
Pittsburgh, PA 15219-1906

FROM: Linda Garcia, Case Manager for
JOHN Wm. BLACK, U.S. MAGISTRATE JUDGE
600 E. Harrison St., Suite 204
Brownsville, TX 78520

DATE: March 29, 2006

SUBJECT: **USA V. CARL E. GREY**
**CASE NO. CR 00-138**
**(OUR NUMBER B-06-369MJ)**

RECEIVED

/PP   2006

CLERK, U S. DISTRICT COURT
WEST. DIST OF PENNSYLVANIA

Enclosed please find the following documents in the above-mentioned case:

Copy of Warrant of Arrest;
Certified Copy of Initial Appearance Minutes of 03/29/06; and
Certified Copy of Order of Commitment to Another District.

xc: AUSA

Received and filed under Docket No. __00CR 138__ On __4-4-06__.

Clerk, U.S. District Court by __Edward Taylor__.