AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

WESTERN District of PENNSYLVANIA

UNITED STATES OF AMERICA

V.

CARL E. GREY

**COPY**

B-06-369mJ

WARRANT FOR ARREST

Case Number: CR 00-138

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___CARL E. GREY___

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  X Probation Violation Petition

charging him or her with  (brief description of offense)

ALLEGED VIOLATIONS OF SUPERVISION

in violation of _____ United States Code, Section(s) _____

Keith S. Anderson
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Docket Clerk
Title of Issuing Officer

Sept 17, 2002    Pittsburgh, PA
Date and Location

Bail fixed at $ 10,000.00 CASH   by   JUDGE ROBERT J. CINDRICH
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant  Brownsville, Texas |

| DATE RECEIVED 09/12/02 | NAME AND TITLE OF ARRESTING OFFICER (FOR) | SIGNATURE OF ARRESTING OFFICER (BY) |
|---|---|---|
| DATE OF ARREST 03/28/06 | Martin Arellano, DUSM  U.S. Marshals, Brownsville, Tx | Jesse Bulleri, DUSM |