| | | |
|---|---|---|
| COURTROOM MINUTES | : | **JOHN WM. BLACK, JUDGE PRESIDING**<br>**Southern District of Texas, Brownsville Division** |
| COURTROOM CLERK | : | Linda Garcia |
| ERO | : | Balvina Campos |
| INTERPRETER | : | David Hoover - present not needed |
| PSAO | : | Mary Lou Reyna |
| USPO | : | Rusty Shriver |
| DUSM | : | Jason Gullingsrud |
| DATE | : | March 29, 2006 |
| TIME: | : | 11:01 a.m. to 11:04 a.m. |

United States District Court
Southern District of Texas
FILED

MAR 29 2006

Michael N. Milby, Clerk of Court

**CASE NO:   CR 00-138**
**(B-06-369MJ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Elena Salinas, AUSA |
| VS. | * | |
| CARL E. GREY | * | _____ |

**INITIAL APPEARANCE**

Date of alleged offense:

Defendant's First Appearance; advised of charges and rights.

Defendant examined.

Defendant requested court appointed counsel. The Court in the Western District of Pennsylvania to appoint counsel to represent the Defendant.

Probable Cause Hearing and Final Revocation Hearing set before the Judge in the Western District of Pennsylvania, where case is pending.

Bond set at $10,000.00 CASH, as per Judge Cindrich.

The Court finds that CARL E. GREY is the same person named as Defendant in Case No. CR 00-138, pending in the Western District of Pennsylvania.

Order of Commitment to Another District to be entered.

Defendant remanded to the custody of the U.S. Marshal and the U.S. Marshal is to transport Defendant to the Western District of Pennsylvania, where case is pending.