## RECORD OF MAGISTRATE'S PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # |
| vs | DATE OF COMPLAINT |
| CARL E. GREY | CRIMINAL DOCKET NUMBER: CR. 00-138 |
| | DATE OF INDICTMENT: 8/7/2000 |
| | STATUTE: SUPER. RELEASE VIOLATION |

**DATE ARRESTED:** arrested in S.D. of Tx on 3/29/2006

### INITIAL APPEARANCE

| Before Magistrate | | |
|---|---|---|
| [ ] SENSENICH | [ ] CAIAZZA | Date: 4/20/2006 — C.D. # |
| [ ] MITCHELL | [ ] BAXTER | Time: 9:30 A.M. — C.D. Index: 1000 — 10:00 |
| [X] HAY | [ ] PESTO | |

U.S. ATTORNEY: ~~TROY RIVETTI~~ AL BURKE

1. **RIGHTS EXPLAINED**

2. **SUPERVISED RELEASE VIOLATION**
   - [ ] Read   [X] Summarized   [ ] Reading waived
   - [X] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. **ACT & PENALTIES**
   - [ ] Read   [ ] Summarized   [ ] Reading waived

4. **COUNSEL**
   - [ ] Defendant requested appointment
   - [ ] Defendant waived appointment
   - [✓] Defendant ~~represented by~~: ALREADY REPRESENTED BY ASST. FPD MARKETA SIMS
   - [ ] Defendant expects to retain:
   - [ ] Affidavit executed
   - [ ] Not Qualified   [ ] Qualified   [ ] with possible requirement for partial or full payment
   - [ ] Federal Public Defender appointed
   - [ ] CJA Panel Attorney _____ appointed

5. **BAIL**
   - Recommended Bond:
   - Bond Set at: $10,000.00 CASH
   - [ ] By Consent   [ ] Additional Conditions Imposed:
   - [✓] By ~~Magistrate~~ JUDGE CINDRICH
   - [ ] Bond Posted
   - [ ] Temporary Commitment issued   [ ] Final Commitment issued
   - Bond Review Hearing Set For:
   - Detention Hearing Set For:

6. **PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**
   - Preliminary Exam/Rule 40/Arraignment set for: _____ Before Magistrate _____

**ADDITIONAL COMMENTS:** SUPERVISED RELEASE VIOLATION HEARING TO BE SCHEDULED BY JUDGE CONTI.