✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF _____PENNSYLVANIA_____

| UNITED STATES OF AMERICA | **NOTICE** |
|---|---|
| V. | |
| CARL E. GREY | CASE NUMBER: 00-138 |

TYPE OF CASE:

    G **CIVIL**　　　　X **CRIMINAL**

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S.P.O & Courthouse<br>7th & Grant St, | **COURTROOM 5A, FIFTH FLOOR - JUDGE CONTI** |
| | DATE AND TIME |
| | May 9, 2006 at 10:00 AM |

TYPE OF PROCEEDING

Hearing on Supervised Release Violation

G **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

Robert V. Barth Jr.
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 21, 2006　　　　　　　　　　　　　　　　/s/ Sharon Conley
DATE　　　　　　　　　　　　　　　　　　　　(BY) DEPUTY CLERK

TO:　COUNSEL OF RECORD
　　　PROBATION OFFICE
　　　PRETRIAL SERVICES
　　　US MARSHAL