# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) Crim No. 00-138 |
| | ) |
| Carl E. Grey | ) |
| Defendant | ) |

HEARING ON: Revocation of Supervised Release

Before Judge Joy Flowers Conti

| Al Burke | Marketa Sims |
|---|---|
| Attorney for Government | Attorney for Defendant |

Date 5-9-06
Hearing begun   10:10 a.m.        Hearing concluded   10:25 a.m.
Stenographer  Julie Kienzle        Clerk   Meg Gleason

Defendant placed under oath. Court reviewed defendant's alleged violations of supervised release. Defendant acknowledged violations of supervised release as set forth on the record. Government summarized the factual basis showing the violations. Defendant made statement. Court sentenced defendant to 5 months imprisonment. Court noted that defendant has been in custody since March 28, 2006. Defendant may be given credit for time spent in custody. An amended judgment will follow.