AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

__Western__ District of __Pennsylvania__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |
|  | (For Offenses Committed On or After November 1, 1987) |
| Carl E. Grey | Case Number:  00-138 Criminal |
|  | Marketa Sims, AFPD |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)   __Spec Cond , Standard Cond 2 & 4__   of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Standard Condition #2 | Failure to report to a US Probation Office | 8/2002 |
| Special Condition | Failure to participate in community Confinement Center as order by Court | 8/2002 |
| Standard Condition #4 | Failure to report a change of Address to US Probation Office | 8/2002 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

May 9, 2006
Date of Imposition of Judgment

_/s/ Joy Flowers Conti_
Signature of Judge

United States District Judge, Joy Flowers Conti
Name and Title of Judge

May 10, 2006
DATE

AO 245D (Rev. 3/01) Judgment in Criminal Case
Sheet 2 — Imprisonment

Case 2:00-cr-00138-JFC   Document 29   Filed 05/12/2006   Page 2 of 2

Judgment — Page 2 of 5

DEFENDANT: Carl E. Grey
CASE NUMBER: 00-138 Criminal

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of __Five (5) Months__ .

X   The court makes the following recommendations to the Bureau of Prisons:
    The defendant may be given credit for time in custody since March 28, 2006

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL